IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   **CLAIR, MICHAEL R.**          Chapter 7

            Debtor            Bankruptcy No. 16-18802 AMC

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

The Chapter 7 Trustee, Terry P. Dershaw, has requested that due to the complexity of the affairs of the Debtor (the debtor is a physician with complex financial businesses and transactions) that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ DAVID B. SMITH
_____
DAVID B. SMITH
Counsel for the Debtors

/s/ TERRY P. DERSHAW
TERRY P. DERSHAW
Chapter 7 Trustee

### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to June 22, 2017.

_____
ASHELY M. CHAN
United States Bankruptcy Judge