United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael R. Clair  
      Debtor

Case No. 16-18802-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR    Page 1 of 1    Date Rcvd: Mar 20, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.  
db          +Michael R. Clair, 410 South Front Street, #306, Philadelphia, PA 19147-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:  
       BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB bgolub@weirpartners.com, imarciniszyn@weirpartners.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    UBS Bank USA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       DAVID B. SMITH    on behalf of Debtor Michael R. Clair dsmith@smithkanelaw.com  
       GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com, hsmith@gsbblaw.com  
       HOLLY ELIZABETH SMITH    on behalf of Trustee TERRY P. DERSHAW hsmith@gsbblaw.com  
       TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   CLAIR, MICHAEL R.           Chapter 7

           Debtor           Bankruptcy No. 16-18802 AMC

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

The Chapter 7 Trustee, Terry P. Dershaw, has requested that due to the complexity of the affairs of the Debtor (the debtor is a physician with complex financial businesses and transactions) that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ DAVID B. SMITH
_____
DAVID B. SMITH
Counsel for the Debtors

/s/ TERRY P. DERSHAW
TERRY P. DERSHAW
Chapter 7 Trustee

### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to June 22, 2017.

**Date: March 20, 2017**

_____
ASHELY M. CHAN
United States Bankruptcy Judge