IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **MICHAEL R. CLAIR,** | **Case No. 16-18802-AMC** |
| Debtor. | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Duane Morris LLP, acting by and through Lawrence J. Kotler and Drew S. McGehrin, hereby appears in the above-referenced chapter 7 case as counsel for Lynn E. Feldman (the "Trustee"), the court appointed Chapter 7 Trustee for the estates of Jay S. Rosenblum, Phillip J. Moldofsky, Michael A. Carr, and Kenneth Eric Brumberger, and pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned as follows:

| | |
|---|---|
| Lawrence J. Kotler | Drew S. McGehrin |
| Duane Morris LLP | Duane Morris LLP |
| 30 South 17th Street | 30 South 17th Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Telephone: (215) 979-1514 | Telephone: (215) 979-7334 |
| Facsimile: (215) 689-2746 | Facsimile: (215) 689-3391 |
| Email: LJKotler@duanemorris.com | Email: DSMcGehrin@duanemorris.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and/or the rights of the Trustee.

DMAdmin\3741676.2

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of the Trustee, including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Trustee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted,

Date: March 24, 2017

DUANE MORRIS LLP

/s/ Lawrence J. Kotler
Lawrence J. Kotler, Esquire (PA I.D. 56029)
30 South 17th Street
Philadelphia, PA 19103
Telephone:    (215) 979-1514
Facsimile:    (215) 689-2746
Email: ljkotler@duanemorris.com

-and-

Drew S. McGehrin, Esquire (PA I.D. 322568)
30 South 17th Street
Philadelphia, PA 19103
Telephone:    (215) 979-7334
Facsimile:    (215) 689-3391
E-mail: dsmcgehrin@duanemorris.com

*Counsel for Lynn E. Feldman, Chapter 7 Trustee*

2

DMAdmin\3741676.2