United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-18802-amc
Michael R. Clair                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR        Page 1 of 2        Date Rcvd: May 24, 2017
                       Form ID: 139         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
```
db         +Michael R. Clair,    410 South Front Street,    #306,    Philadelphia, PA 19147-1709
acc        +Bederson LLP,    347 Mt. Pleasant Ave,    West Orange, NJ 07052-2749
13841428   +Bryn Mawr Trust,    620 W. Germantown Pike,    Suite 350,    Plymouth Meeting, PA 19462-2219
13855550   +Cenlar FSB as Servicer for UBS Bank,    c/o Brian C. Nicholas Esquire,    KML Law Group P.C.,
             701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13841430    Cheryl Clair,    401 South Front Street,    #306,    Philadelphia, PA 19147
13841432   +Disability Management Consultants, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13922220   +Elite Imaging Corp.,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
             1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
13841433   +Jay S. Rosenblum,    101 Maple Avenue,    Bala Cynwyd, PA 19004-3016
13841434   +Joyce Wojtowicz,    c/o Michael J. Burns, Esquire,    530 Street Road,
             Southampton, PA 18966-3747
13841435   +Kenneth E. Brumberger,    1136 Tower Lane,    Narberth, PA 19072-1132
13841436   +Kimberly Kubek,    3475 West Chester Pike,    Suite 240,    Newtown Square, PA 19073-4291
13841437  #+Maxus Capital Group, LLC,    31300 Bainbridge Road,    Solon, OH 44139-2270
13841438   +Michael A. Carr,    5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
13918925   +Michael R. Clair,    410 S. Front Street,    Apt 306,    Philadelphia, Pennsylvania 19147-1709
13871794   +Michael R. Clair,    170 S. Independence Mall West,    ste 870 W.,    Philadelphia Pa 19106-3381
13841441   +PNC Equipment Finance, LLC,    995 Dalton Avenue,    Cincinnati, OH 45203-1100
13841439   +Pacific Western Bank,    9701 Wilshire Blvd., Suite 700,    Beverly Hills, CA 90212-2007
13841440    Philip J. Moldofsky,    3239 Fawn Road,    Worcester, PA 19490
13841442   +Richard Miller,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841443   +Siemens Financial Services, Inc.,    170 Wood Avenue South,    Iselin, NJ 08830-2726
13841452   +TSI, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841444   +Tri State Imaging Partners, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841445   +Tri-State Imaging Consultants, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841446   +Tri-State Imaging DE Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841447   +Tri-State Imaging NJ Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841448   +Tri-State Imaging PA Holdings, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841450   +Tri-State Imaging PR, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841451   +Tri-State Imaging PR, LLC Employee Plan,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841453   +Ubs Bank Usa,    Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
13841454   +WCP Breast MRI, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841455    William H. Hartz,    511 Waldron Drive,    Haverford, PA 19041
13842760   +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
             1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
13841456    Wilmington Savings Fund Society, FSB,    500 Delaware Avenue,    Wilmington, DE 19803
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          EDI: BTPDERSHAW.COM May 25 2017 01:13:00      TERRY P. DERSHAW,    Dershaw Law Offices,
             P.O. Box 556,    Warminster, PA  18974-0632
smg         E-mail/Text: bankruptcy@phila.gov May 25 2017 01:14:03      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2017 01:13:35
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2017 01:13:56      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +EDI: QLEFELDMAN.COM May 25 2017 01:13:00      Lynn E. Feldman,    Feldman Law Offices PC,
             221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
13841427   +EDI: AMEREXPR.COM May 25 2017 01:08:00      Amex,    Po Box 297871,
             Fort Lauderdale, FL 33329-7871
13841429    EDI: CAPITALONE.COM May 25 2017 01:08:00      Capital One Bank Usa N,    15000 Capital One Dr,
             Richmond, VA 23238
13841431   +E-mail/Text: bankruptcycollections@citadelbanking.com May 25 2017 01:14:17
             Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
             1339 Chestnut Street, Suite 500,    Philadelphia, PA 19107-3501
13841449*  +Tri-State Imaging Partners, LP,    1532 McDaniel Drive,    West Chester, PA 19380-7034
coc       ##+GELLERT SCALI BUSENKELL & BROWN, LLC,    913 North Market Street, 10th Floor,
             Wilmington, DE 19801-4927
                                                                                  TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: DonnaR              Page 2 of 2              Date Rcvd: May 24, 2017
                               Form ID: 139              Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
          BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
           bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    UBS Bank USA bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID B. SMITH    on behalf of Debtor Michael R. Clair dsmith@smithkanelaw.com
          GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com,   hsmith@gsbblaw.com
          HOLLY ELIZABETH SMITH    on behalf of Trustee TERRY P. DERSHAW hsmith@gsbblaw.com
          LAWRENCE J. KOTLER    on behalf of Creditor Lynn E. Feldman ljkotler@duanemorris.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Michael R. Clair
410 South Front Street
#306
Philadelphia, PA 19147

Debtor(s)                                                                                               Case No: 16−18802−amc

                                                                                                        Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−3275

_____

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 8/25/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 5/24/17

                                                                                                        31
                                                                                                        Form 139