United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-18802-amc
Michael R. Clair                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2             Date Rcvd: Aug 04, 2017
                             Form ID: 318             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db         +Michael R. Clair,   410 South Front Street,    #306,   Philadelphia, PA 19147-1709
13841428   +Bryn Mawr Trust,   620 W. Germantown Pike,    Suite 350,   Plymouth Meeting, PA 19462-2219
13841430    Cheryl Clair,   401 South Front Street,    #306,   Philadelphia, PA 19147
13841432   +Disability Management Consultants, LLC,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13922220   +Elite Imaging Corp.,   c/o Bonnie R. Golub, Esquire,    Weir & Partners LLP,
             1339 Chestnut Street, Suite 500,   Philadelphia, PA 19107-3501
13841433   +Jay S. Rosenblum,   101 Maple Avenue,    Bala Cynwyd, PA 19004-3016
13841434   +Joyce Wojtowicz,   c/o Michael J. Burns, Esquire,    530 Street Road,
             Southampton, PA 18966-3747
13841435   +Kenneth E. Brumberger,    1136 Tower Lane,   Narberth, PA 19072-1132
13841436   +Kimberly Kubek,   3475 West Chester Pike,    Suite 240,   Newtown Square, PA 19073-4291
13923609   +Maxus Capital Group, LLC,    c/o Kirk W. Roessler, Esq.,   1301 East Ninth Street,   Suite 3500,
             Cleveland, OH 44114-1838
13841437   #+Maxus Capital Group, LLC,    31300 Bainbridge Road,   Solon, OH 44139-2270
13841438   +Michael A. Carr,   5281 Rogers Circle,    Plymouth Meeting, PA 19462-1250
13918925   +Michael R. Clair,   410 S. Front Street,    Apt 306,   Philadelphia, Pennsylvania 19147-1709
13871794   +Michael R. Clair,   170 S. Independence Mall West,    ste 870 W.,   Philadelphia Pa 19106-3381
13841441   +PNC Equipment Finance, LLC,    995 Dalton Avenue,   Cincinnati, OH 45203-1100
13841439   +Pacific Western Bank,   9701 Wilshire Blvd., Suite 700,    Beverly Hills, CA 90212-2007
13841440    Philip J. Moldofsky,    3239 Fawn Road,   Worcester, PA 19490
13841442   +Richard Miller,   1532 McDaniel Drive,    West Chester, PA 19380-7034
13841443   +Siemens Financial Services, Inc.,    170 Wood Avenue South,   Iselin, NJ 08830-2726
13951758   +Siemens Financial Services, Inc.,    c/o Phillips Lytle LLP,   Attn:   Todd A. Ritschdorff, Esq.,
             Omni Plaza, 30 South Pearl Street,    Albany, NY 12207-1537
13841452   +TSI, LP,   1532 McDaniel Drive,   West Chester, PA 19380-7034
13841444   +Tri State Imaging Partners, LP,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841445   +Tri-State Imaging Consultants, LLC,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841446   +Tri-State Imaging DE Holdings, LLC,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841447   +Tri-State Imaging NJ Holdings, LLC,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841448   +Tri-State Imaging PA Holdings, LLC,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841450   +Tri-State Imaging PR, LLC,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841451   +Tri-State Imaging PR, LLC Employee Plan,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841453   +Ubs Bank Usa,   Payment Processing Center,    PO Box 11733,   Newark, NJ 07101-4733
13841454   +WCP Breast MRI, LP,    1532 McDaniel Drive,   West Chester, PA 19380-7034
13841455    William H. Hartz,   511 Waldron Drive,    Haverford, PA 19041
13842760   +Wilmington Savings Fund Society, FSB,    c/o Bonnie R. Golub, Esquire,   Weir & Partners LLP,
             1339 Chestnut Street, Suite 500,   Philadelphia, PA 19107-3501
13841456    Wilmington Savings Fund Society, FSB,    500 Delaware Avenue,   Wilmington, DE 19803
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          EDI: BTPDERSHAW.COM Aug 05 2017 01:28:00      TERRY P. DERSHAW,   Dershaw Law Offices,
             P.O. Box 556,   Warminster, PA  18974-0632
smg         E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:08      City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2017 01:27:39
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2017 01:27:56      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13955006    EDI: BECKLEE.COM Aug 05 2017 01:28:00      American Express Centurion Bank,
             c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
13841427   +EDI: AMEREXPR.COM Aug 05 2017 01:28:00      Amex,   Po Box 297871,
             Fort Lauderdale, FL 33329-7871
13841429    EDI: CAPITALONE.COM Aug 05 2017 01:28:00      Capital One Bank Usa N,   15000 Capital One Dr,
             Richmond, VA 23238
13935955    EDI: CAPITALONE.COM Aug 05 2017 01:28:00      Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
13841431   +E-mail/Text: bankruptcycollections@citadelbanking.com Aug 05 2017 01:28:14
             Citadel Federal Cred U,   Po Box 147,   Thorndale, PA 19372-0147
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13841449*      +Tri-State Imaging Partners, LP,   1532 McDaniel Drive,   West Chester, PA 19380-7034
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: 318             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,  imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    UBS Bank USA bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Defendant Michael R. Clair dsmith@smithkanelaw.com
              DAVID B. SMITH    on behalf of Debtor Michael R. Clair dsmith@smithkanelaw.com
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com,  hsmith@gsbblaw.com
              HOLLY ELIZABETH SMITH    on behalf of Trustee TERRY P. DERSHAW hsmith@gsbblaw.com
              LAWRENCE J. KOTLER    on behalf of Creditor Lynn E. Feldman ljkotler@duanemorris.com
              MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
              MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
               Flexible Plan 501 mjburnslaw@verizon.net
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael R. Clair** | Social Security number or ITIN **xxx–xx–3275** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **16–18802–amc** | | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael R. Clair

<u>8/3/17</u>                                                                                            **By the court:**   <u>Ashely M. Chan</u>
                                                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                         **Order of Discharge**                                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2