UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| MICHAEL R. CLAIR | Case No. 16-18802-AMC |
| Debtor. | Date and Time of Hearing: May 2, 2018, 11:00 a.m. |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Michael R. Clair, the above referenced Debtor, has filed an objection to proof of claim no. 3-1 filed by Joyce Wojtowicz and plan participants in the Tri-State Imaging PR, LLC Flexible Benefits Plan 501 filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashley M. Chan on **May 2, 2018**, at **11:00 a.m.**, in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Dated: March 23, 2018          SMITH KANE HOLMAN, LLC

                               /s/*David B. Smith*
                               David B. Smith, Esquire
                               112 Moores Road
                               Suite 300
                               Malvern, PA 19355
                               610-407-7215