# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MICHAEL R. CLAIR | : | Case No. 16-18802-AMC |
| | : | |
| Debtor. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Michael R. Clair, the above referenced Debtor, has filed a Motion to Compel Chapter 7 Trustee to File Report of No Distribution and for Entry of an Order Approving The Trustee's Report, Discharging The Trustee And Closing The Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 25, 2018, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk, United States Bankruptcy Court
    900 Market Street
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    David B. Smith, Esquire
    SMITH KANE HOLMAN, LLC
    112 Moores Road, Suite 300
    Malvern, PA  19355
    (610) 407-7215 (Telephone)
    (610) 407-7218 (Fax)

       2.       If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.       A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on ***June 13, 2018 at 11:00 a.m.*** in Courtroom 5, United Stated Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

       4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.       You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  May 4, 2018