## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MICHAEL R. CLAIR<br><br>                   Debtor. | CHAPTER 7<br><br>Case No. 16-18802-AMC<br><br>Date and Time of Hearing:<br>May 2, 2018, 11:00 a.m. |

## ORDER

AND NOW, this ___ day of May, 2018, upon consideration of the Objection by the Debtor to Proof of Claim No. 3-1 of Joyce Wojtowicz and plan participants in the Tri-State Imaging PR, LLC Flexible Benefits Plan 501 ("Proof of Claim") filed in the above-captioned bankruptcy case, after notice and a hearing, and this Court having found that the Debtor gave proper notice of the Objection and the hearing to consider the relief requested therein in accordance with Rule 3007 of the Federal Rules of Bankruptcy Procedure by mailing the Objection to the Claimant at least thirty days prior to the hearing date on the Objection, it is hereby ORDERED that

1. The Objection is sustained.

2. The Proof of Claim is not entitled to treatment as, and shall not be treated as, a claim entitled to priority under 11 U.S.C. § 507(a)(5); instead, subject to paragraph 4 below, it shall be a wholly unsecured claim.

3. The Clerk of the Bankruptcy Court shall mark the Claims Register maintained in this case accordingly.

4.      This Order is without prejudice to any right of the Debtor to object to and otherwise oppose the Proof of Claim or a similar claim by any others to assert liability against or collect from the Debtor, including, without limitation, by filing an objection to the amount of the Proof of Claim.

BY THE COURT:

*/s/ Ashely M. Chan*

The Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: May 14, 2018**

Copies sent to:

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355

Michael J. Burns, Esquire
530 Street Road
Southampton, PA  18966