United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 16-18802-amc
Michael R. Clair                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: DonnaR              Page 1 of 1               Date Rcvd: May 14, 2018
                               Form ID: pdf900           Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db           +Michael R. Clair,    410 South Front Street,    #306,    Philadelphia, PA 19147-1709
13841450     +Tri-State Imaging PR, LLC,    1532 McDaniel Drive,    West Chester, PA 19380-7034
13841451     +Tri-State Imaging PR, LLC Employee Plan,    1532 McDaniel Drive,    West Chester, PA 19380-7034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bgolub@weirpartners.com,    imarciniszyn@weirpartners.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    UBS Bank USA bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID B. SMITH    on behalf of Debtor Michael R. Clair dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              DAVID B. SMITH    on behalf of Defendant Michael R. Clair dsmith@skhlaw.com,
               b.dr70286@notify.bestcase.com
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com,   hsmith@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
              LAWRENCE J. KOTLER    on behalf of Creditor Lynn E. Feldman ljkotler@duanemorris.com
              MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
              MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
               Flexible Plan 501 mjburnslaw@verizon.net
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MICHAEL R. CLAIR | : | |
| | : | Case No. 16-18802-AMC |
| | : | |
| Debtor. | : | Date and Time of Hearing: |
| | : | May 2, 2018, 11:00 a.m. |

## ORDER

AND NOW, this ___ day of May, 2018, upon consideration of the Objection by the Debtor to Proof of Claim No. 3-1 of Joyce Wojtowicz and plan participants in the Tri-State Imaging PR, LLC Flexible Benefits Plan 501 ("Proof of Claim") filed in the above-captioned bankruptcy case, after notice and a hearing, and this Court having found that the Debtor gave proper notice of the Objection and the hearing to consider the relief requested therein in accordance with Rule 3007 of the Federal Rules of Bankruptcy Procedure by mailing the Objection to the Claimant at least thirty days prior to the hearing date on the Objection, it is hereby ORDERED that

1. The Objection is sustained.

2. The Proof of Claim is not entitled to treatment as, and shall not be treated as, a claim entitled to priority under 11 U.S.C. § 507(a)(5); instead, subject to paragraph 4 below, it shall be a wholly unsecured claim.

3. The Clerk of the Bankruptcy Court shall mark the Claims Register maintained in this case accordingly.

4. This Order is without prejudice to any right of the Debtor to object to and otherwise oppose the Proof of Claim or a similar claim by any others to assert liability against or collect from the Debtor, including, without limitation, by filing an objection to the amount of the Proof of Claim.

BY THE COURT:

*signature*

The Honorable Ashely M. Chan
United States Bankruptcy Judge

**Date: May 14, 2018**

Copies sent to:

David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road
Suite 300
Malvern, PA 19355

Michael J. Burns, Esquire
530 Street Road
Southampton, PA 18966