UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

CLAIR, MICHAEL R.                              BANKRUPTCY # 16-18802 AMC

**NOTICE OF CHANGE FROM ASSET TO NO-ASSET**

TO FREDERIC J. BAKER, ASSISTANT UNITED STATES TRUSTEE.

TERRY P. DERSHAW, the Trustee in the above captioned matter,
after due inquiry, having discovered no assets gives Notice that this is a No
Asset case.

   /s/ Terry P. Dershaw
TERRY P. DERSHAW, TRUSTEE

DATED:
12/21/19

AFTER FURTHER INVESTIGATION, IT APPEARS THAT THERE ARE NOT SUFFICIENT
ASSETS TO BENEFIT THE ESTATE.