# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MICHAEL R. CLAIR | : | Case No. 16-18802-AMC |
| | : | |
| Debtor. | : | |
| | : | |

**PRAECIPE TO WITHDRAW**
**DEBTOR'S MOTION TO COMPEL CHAPTER 7 TRUSTEE TO FILE REPORT OF NO DISTRIBUTION AND FOR ENTRY OF AN ORDER APPROVING THE TRUSTEE'S <u>REPORT, DISCHARGING THE TRUSTEE AND CLOSING THE CASE</u>**

TO THE CLERK:

Kindly mark the Debtor's Motion To Compel Chapter 7 Trustee To File Report Of No Distribution And For Entry Of An Order Approving The Trustee's Report, Discharging The Trustee And Closing The Case filed at Docket Number 39 withdrawn.

Date: January 21, 2019                                SMITH KANE HOLMAN, LLC

                                        By:    /s/*David B. Smith*_____
                                               David B. Smith, Esquire
                                               Michael P. Donohue, Esquire
                                               112 Moores Road, Suite 300
                                               Malvern, PA  19355
                                               (610) 407-7215 (Telephone)
                                               (610) 407-7218 (Fax)
                                               *Attorneys for Debtor Michael R. Clair*