United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18802-amc
Michael R. Clair                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Feb 05, 2019
                Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.
db             +Michael R. Clair,    410 South Front Street,    #306,    Philadelphia, PA 19147-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:
      BONNIE R. GOLUB    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       bgolub@weirpartners.com,   imarciniszyn@weirpartners.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    UBS Bank USA bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      DAVID B. SMITH    on behalf of Debtor Michael R. Clair dsmith@skhlaw.com,
       b.dr70286@notify.bestcase.com
      DAVID B. SMITH    on behalf of Defendant Michael R. Clair dsmith@skhlaw.com,
       b.dr70286@notify.bestcase.com
      GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
      HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
      LAWRENCE J. KOTLER    on behalf of Creditor Lynn E. Feldman ljkotler@duanemorris.com
      MICHAEL J. BURNS    on behalf of Plaintiff Joyce  Wojtowicz mjburnslaw@verizon.net
      MICHAEL J. BURNS    on behalf of Plaintiff    Plan Participants in the Tri-State Imaging PR, LLC
       Flexible Plan 501 mjburnslaw@verizon.net
      TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
      TERRY P. DERSHAW    on behalf of Trustee TERRY P. DERSHAW td@ix.netcom.com,
       PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Michael R. Clair  : Case No. 16−18802−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , February 5, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

56
Form 195